UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CLOUD CITY D.C. SMOKE SHOP, et al. <br><br> Defendants. | No. 2:23-cv-00350-DAD-JDP <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT <br><br> (Doc. Nos. 20, 24) |

On February 25, 2023, plaintiff GS Holistic, LLC filed this civil action against three defendants: Cloud City D.C. Smoke Shop, Cloud City Discount Cigarettes, and Halal Teha. (Doc. No. 1.) On June 1, 2023, plaintiff filed a first amended complaint naming only defendants Cloud City Discount Cigarettes and Halal Teha (collectively, "defendants"). (Doc. No. 7.) Consequently, the court dismissed defendant Cloud City D.C. Smoke Shop from this action. (Doc. No. 10.)

On August 16, 2023, the Clerk of the Court entered default as to both defendants because they were served with the summons and complaint and did not file a timely answer, responsive pleading, or otherwise appear in this action. (Doc. Nos. 12, 14, 16.) On December 12, 2023, plaintiff filed the pending motion for default judgment. (Doc. No. 20.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

On July 17, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be granted, in part. (Doc. No. 24.)

1

Specifically, the magistrate judge recommended that statutory damages be awarded to plaintiff pursuant to 15 U.S.C. § 1117 in the amount of $5,000, that costs be awarded in the amount of $597.00, and that judgment be entered against defendants on plaintiff's claims of trademark infringement and unfair competition under the Lanham Act, but that plaintiff's motion otherwise be denied. (*Id.* at 8.) The findings and recommendations provided that any objections thereto were to be filed within fourteen (14) days. (*Id.* at 8–9.) To date, no objections have been filed and the time for doing so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on July 17, 2024 (Doc. No. 24) are adopted in full;
2. Plaintiff's motion for default judgment against defendants (Doc. No. 20) is granted, in part, as follows;
    a. Default judgment is entered in favor of plaintiff and against defendants on plaintiff's claims of trademark infringement and unfair competition under the Lanham Act;
    b. Plaintiff is awarded statutory damages pursuant to 15 U.S.C. § 1117 in the amount of $5,000.00;
    c. Plaintiff is awarded costs in the amount of $597.00; and
    d. Plaintiff's motion is otherwise denied; and
    e. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**August 1, 2024**__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2